PD-0190-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/4/2015 12:18:28 PM
Accepted 6/4/2015 1:58:50 PM
ABEL ACOSTA
CLERK

NO. PD-0190-15

IN THE
COURT OF CRIMINAL APPEALS
OF TEXAS

NO. 01-13-00851-CR

IN THE COURT OF APPEALS
FOR THE
FIRST JUDICIAL DISTRICT OF TEXAS
HOUSTON, TEXAS

THE STATE OF TEXAS                 §        APPELLEE

V.

ERIC SANTANA GUANCHE               §        APPELLANT

APPEAL FROM COUNTY CRIMINAL COURT AT LAW NO. 7
HOUSTON, TEXAS
TRIAL COURT NO. 1869024

**APPELLANT'S MOTION FOR LEAVE EN BANC TO FILE MOTION FOR REHEARING EN BANC ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW**

Appellant asks the Court for leave En Banc to file the included out of time Motion for Rehearing En Banc of Appellant's Petition for Discretionary Review. The purpose of this motion is to again urge the court to reconsider hearing this important case. Apart from issues in the Petition, there are very different legal interpretations between the legislative and executive branches of Texas government and the judicial branch in Texas.

RECEIVED IN
COURT OF CRIMINAL APPEALS

June 4, 2015

1

ABEL ACOSTA, CLERK

**CONCLUSION AND PRAYER**

Wherefore, the appellant prays that this court grant this motion and allow Appellant to file the attached Motion as well.

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the attached and foregoing document will be electronically served on the Harris County District Attorney and the State Prosecuting Attorney.

Respectfully submitted,

/S/ Rick Soliz
Rick Soliz
T.B.N. 00785013
P.O. Box 4051
Houston, Texas   77210
713-228-1900
Pro Bono Attorney for Appellant

NO. PD-0190-15

IN THE
COURT OF CRIMINAL APPEALS
OF TEXAS

NO. 01-13-00851-CR

IN THE COURT OF APPEALS
FOR THE
FIRST JUDICIAL DISTRICT OF TEXAS
HOUSTON, TEXAS

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **APPELLEE** |
| **V.** | § | |
| **ERIC SANTANA GUANCHE** | § | **APPELLANT** |

APPEAL FROM COUNTY CRIMINAL COURT AT LAW NO. 7
HOUSTON, TEXAS
TRIAL COURT NO. 1869024

APPELLANT'S MOTION FOR REHEARING EN BANC ON
APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUSTICES OF SAID COURT:**

**NOW COMES, ERIC SANTANA GUANCHE,** Appellant in the above entitled and numbered cause, by and through his attorney of record, Rick Soliz, and submits this Motion for Rehearing En Banc of Appellant's Petition for Discretionary Review. For good cause, Appellant shows as follows. Appellant's timely Motion for Extension of Time to file a Motion for Rehearing and Motions for Leave to File an out of time Motion for Rehearing have been denied (original

timely motion was denied after deadline to timely file motion for rehearing). The Texas legislative and executive branches have promulgated law that has been in existence approaching two decades. The law was reviewed and approved by both houses of government and signed by our governor. This law requires licensed court interpreters for court proceedings involving non English speaking people accused of crimes. Violation of such law is subject to up to one year in jail and a substantial fine as a class a misdemeanor. The Texas legislative and executive branches expect enforcement of such law and have not intended for any party or court to be above enforcement of this law or to be protected by any entity from abiding by this state's criminal laws. Appellant has provided relevant case law and a memorandum from the United States Justice Department that supports the expectations of these two Texas branches.

On the other side of the issue, the court below disagrees with those two branches of government. The court below interprets such plain language of the law to mean that Harris County Court number seven is exempt from this criminal law and its punishment and may utilize unlicensed court interpreters in proceedings specified as mandatory by this Texas law (applicable Texas Government Code section as briefed in the petition for discretionary review). The court below sees no issue with Harris County Court number seven violating criminal law daily and utilizing

4

unlicensed interpreters in court proceedings thousands of times over many years. The court below, resides in Harris County, Texas, and members are not racially diverse as are the other two branches of government. Moreover, the court's members have substantial contacts with Harris County courts, and do not believe that this infestation of crime, in the atmosphere of court number seven, affects the due process rights of Appellant or any Spanish speaking minority defendant accused of a crime. This illegal conduct does in fact deprive Appellant and most Spanish speaking racial minorities of their due process rights.

Counsel hereby certifies that these circumstances and grounds are significant and without this court's intervention and guidance, the issue will remain in conflict among the different arms of Texas government and our United States government.

Finally, Appellant certifies his Motion is not made for delay, but made in good faith to see that justice is done.

## CONCLUSION AND PRAYER

Wherefore, the appellant prays that this court grant this motion and allow Appellant to file his Motion for Rehearing En Banc of his Petition for Discretionary Review.

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the attached and foregoing document will be electronically served on the Harris County District Attorney and the State Prosecuting Attorney.

Respectfully submitted,
/S/  Rick Soliz
Rick Soliz
T.B.N. 00785013
P.O. Box 4051
Houston, Texas   77210
713-228-1900
Pro Bono Attorney for Appellant